**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | )    **CRIMINAL NO. 06-00006-WS** |
| | ) |
| **DAVID LOVORN JOHNSON,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

     This matter is before the Court on the defendant's motion to suppress. (Doc. 10). The defendant seeks to suppress evidence of illegal drug use or possession arising out of a traffic stop and subsequent search of the defendant's home. The government responds that it does not intend to offer such evidence as part of its case-in-chief. (Doc. 12). The defendant has declined the opportunity to reply. (Doc. 11). Based on the government's representation, the motion to suppress is **denied as moot**.

     DONE and ORDERED this 13th day of March, 2006.

                                                 s/ WILLIAM H. STEELE
                                                 UNITED STATES DISTRICT JUDGE